UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Weaver Cooke Construction, LLC, )
        Appellant, )
)
v. ) **JUDGMENT**
)
Curenton Concrete Works, Inc., ) No. 5:14-CV-711-BR
)
        Appellee. )
)

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 26 September 2014 order of the bankruptcy court is AFFIRMED IN PART, REVERSED IN PART, and REMANDED for further proceedings.

**This judgment filed and entered on August 26, 2016, and served on:**

Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)
C. Hamilton Jarrett, III (via CM/ECF Notice of Electronic Filing)
Andrew A. Vanore, III (via CM/ECF Notice of Electronic Filing)

August 26, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk